UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| RUTH ESPERANCE,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS J. VILSACK,[1] Secretary of Agriculture, U.S. Department of Agriculture,<br><br>    Defendant. | 5:20-cv-05055-LLP<br><br><br><br>**DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT** |

    Defendant, by and through counsel, United States Attorney Alison J. Ramsdell, and Assistant United States Attorney Michaele S. Hofmann, moves to dismiss/strike allegations against Brian Ferebee from the judicial complaint for lack of subject matter jurisdiction pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3) and for summary judgment dismissing the Complaint in its entirety pursuant to Federal Rule of Civil Procedure 56 and D.S.D. Civ. LR 56.1.

    This motion is supported by the Brief in Support of Defendant's Motion to Dismiss and Motion for Summary Judgment, Defendant's Statement of Undisputed Material Facts, and the Declarations of Tracy Anderson, Anne Apodaca, Michaele S. Hofmann, Brian Jackson, Scott Jacobson, Steven Kozel, Jerome Krueger, Twila Morris, Julie Nelson, and Mark Van Every, with attached exhibits.

---

[1] On February 23, 2021, Thomas J. Vilsack became the Secretary of Agriculture and is automatically substituted for Sonny Perdue as the defendant in this case. *See* Fed. R. Civ. P. 25(d).

Dated this 3rd day of April, 2023.

          ALISON J. RAMSDELL
          United States Attorney

          */s/ Michaele S. Hofmann*
          Michaele S. Hofmann
          Assistant United States Attorney
          515 Ninth Street, Suite 201
          Rapid City, SD 57701
          Phone: (605) 342-7822
          Fax: (605) 342-1108
          Michaele.Hofmann@usdoj.gov