UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| RUTH ESPERANCE,<br><br>                Plaintiff,<br>vs.<br><br>THOMAS J. VILSACK, Secretary of<br>Agriculture, U.S. Department of Agriculture,<br><br>                Defendant. | 5:20-CIV-5055<br><br>VERDICT |

We the jury, duly impaneled in the above-entitled action and sworn to try the issue therein, find the following:

1. On plaintiff Ruth Esperance's claim of discrimination on the basis of her gender, we find in favor of:

   __X__ Plaintiff, Ruth Esperance    _____ Defendant, Thomas J. Vilsack

   **If you found for plaintiff Ruth Esperance, go on to complete No. 2. If you found in favor of defendant Thomas J. Vilsack, skip the remainder of this Verdict Form and have your foreperson sign and date the Verdict Form below because you have completed your deliberations.**

2. Has it been proved that the defendant would have reassigned the plaintiff regardless of her gender?

   _____ Yes    __X__ No  (Mark an "X" in the appropriate space)

   **If you answered "No," go on to complete No. 3. If you answered "Yes," skip the remainder of this Verdict Form and have your foreperson sign and date the Verdict Form below because you have completed your deliberations.**

3. We, the jury, in the above entitled and numbered case, having found in favor of plaintiff Ruth Esperance and against defendant Thomas J. Vilsack, find that Plaintiff is entitled to recover the following damages from Defendant:

$ 400,000  (stating the amount or, if you find that the plaintiff's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00))

**Have your foreperson sign and date the Verdict Form below.**

Dated this 23 day of September, 2023.

―

Foreperson