UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

```
******************************************************************************
                                    *
RUTH ESPERANCE,                     *    CIV 20-5055
                                    *
        Plaintiffs,                 *
                                    *
                                    *         JUDGMENT
vs.                                 *       AND ORDER TO
                                    *    ADMINISTRATIVELY CLOSE
THOMAS J. VILSACK,                  *
Secretary of Agriculture,           *
U.S. Department of Agriculture,     *
                                    *
        Defendant.                  *
                                    *
******************************************************************************
```

This action came before the Court for trial by jury. The issues have been tried and the jury rendered its verdict of $400,000.00 in favor of the Plaintiff Ruth Esperance and against the Defendant Thomas J. Vilsack, Secretary of Agriculture, U.S. Department of Agriculture.

IT IS ORDERED that this case is administratively closed. The Court will retain jurisdiction to consider any post-trial motions.

Dated this 26th day of September, 2023.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK