UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| RUTH ESPERANCE,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS J. VILSACK, Secretary of Agriculture, U.S. Department of Agriculture,<br><br>    Defendant. | 5:20-cv-05055-LLP<br><br><br>**DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND MOTION FOR NEW TRIAL OR REMITTITUR** |

    Defendant, Thomas J. Vilsack, by and through counsel, United States Attorney Alison J. Ramsdell, and Assistant United States Attorney Michaele S. Hofmann, renews his motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b) and requests that judgment be entered in his favor.   In the alternative, Defendant moves for a new trial or remittitur under Federal Rule of Civil Procedure 59.   Additionally, Defendant moves to amend the judgment to conform to the statutory cap of $300,000 for non-pecuniary compensatory damages pursuant to 42 U.S. C. § 1981a.

    These motions are supported by the Brief in Support of Defendant's Motion for Judgment as a Matter of Law and Motion for New Trial or Remittitur filed herewith.

    Dated this 20th day of October, 2023.

                                                                ALISON J. RAMSDELL
                                                               United States Attorney

                                                              _/s/ Michaele S. Hofmann_
                                                               Michaele S. Hofmann
                                                               Assistant United States Attorney
                                                               515 Ninth Street, Suite 201
                                                               Rapid City, SD 57701
                                                               Phone: (605) 342-7822
                                                               Fax: (605) 342-1108
                                                               Michaele.Hofmann@usdoj.gov