UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| RUTH ESPERANCE,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS J. VILSACK, Secretary of Agriculture, U.S. Department of Agriculture,<br><br>    Defendant. | 5:20-cv-5055-LLP<br><br>**DECLARATION OF PHILLIP R. STILES** |

Pursuant to 28 U.S.C. § 1746, I, Phillip R. Stiles, hereby declare as follows:

    1.    I have been a licensed attorney in the State of South Dakota since April 29, 2004.

    2.    I am admitted to practice before the U.S. District Court for the District of South Dakota.

    3.    I am a Senior Partner with the law firm of Costello, Porter, Hill, Heisterkamp, Bushnell & Carpenter, LLP ("Costello Porter Law Firm").

    4.    My current legal practice includes employment discrimination litigation. I currently am litigating two active employment discrimination cases.

    5.    My hourly rate for work related to employment discrimination matters is $360 per hour.

    6.    Costello Porter Law Firm's billing rates are as follows:

        Senior Partners    $350-$375
        Junior Partners    $310
        Associates         $275
        Paralegals         $125

7.    ized I have performed a conflicts check and the Costello Porter Law Firm would have been able and willing to represent Ruth Esperance in her discrimination and hostile work environment claims against the United States Department of Agriculture.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this _1_ day of November, 2023.

                                                          Phillip R. Stiles
                                                          P.O. Box 290
                                                          Rapid City, SD 57709