UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| RUTH ESPERANCE,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS J. VILSACK, Secretary of Agriculture, U.S. Department of Agriculture,<br><br>    Defendant. | 5:20-CV-5055-LLP<br><br>AMENDED JUDGMENT |

In accordance with the Court's Memorandum Opinion and Order on Post-Trial Motions, it is hereby

ORDERED, ADJUDGED, and DECREED that the plaintiff, Ruth Esperance, recover from the defendant, Thomas J. Vilsack, the sum of $300,000.

Dated this 3rd day of September, 2024.

BY THE COURT:

*/s/ Lawrence L. Piersol*
Lawrence L. Piersol
United States District Judge